# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

BROWN
    Plaintiff

V.

CIVIL ACTION

NO. 15CV13675-RGS

PORTFOLIO RECOVERY ASSOCIATES, LLC
    Defendant

## SETTLEMENT ORDER OF DISMISSAL

STEARNS, D.J.,

The Court having been advised on 9/29/16 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty(60) days if settlement is not consummated.

By the Court,

9/30/16

/s/ Elaine Flaherty

Date

Deputy Clerk